10  **UNITED STATES DISTRICT COURT**

11  **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIP SIDES, | Case No. 4:18-cv-01392-HSG |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |
| CISCO SYSTEMS, INC. WELFARE BENEFIT PLAN, and METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

Pursuant to the parties' joint motion, this matter is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear its own costs of suit and attorneys' fees.

IT IS SO ORDERED.

DATED: September 14, 2018

*Haywood S. Gill Jr.*

Honorable Haywood Gilliam Jr.
United States District Judge